# Exhibit A

File No: 170060149

Instr:200607030019207 07/03/2006 11:44AM
Pages:1 F:$28.00
Bryan A. Long T20060016309
Licking County Recorder BXSTEWART

Tax Map # :

# LIMITED WARRANTY DEED

175 MCMILLEN LTD., an Ohio Limited Liability Company, of Licking County, Ohio for $1.00 and other valuable consideration paid, grant(s) with limited warranty covenants to J. MARTIN ROBERTSON, whose tax-mailing address is:

    1001 Bridgeway, PMB 515
    SAUSALITO, CA 94965

the following REAL PROPERTY:

**Situated in the State of Ohio, County of Licking and in the City of Newark:**

**Being Lot No. 10728 in Office Park Addition in the City of Newark as the same is shown and delineated upon the Plat of said Addition, recorded in Volume 13 at Pages 83 and 84 of the Plat Records of Licking County, Ohio.**

**Parcel Number 054-233652-07.000**

```
DESCRIPTION APPROVED
      TIM LOLLO
LICKING COUNTY ENGINEER
APPROVED BY
        P.M.N.
```

More Commonly Known As: 0 Dickerson St., Newark, Ohio 43055

**EXCEPTION TO THE WARRANTIES:** Except as herein before provided, except all easements, leases, conditions and restrictions of record, if any, and except real estate taxes for the year 2006 and thereafter, for which taxes have been paid and/or adjustment has been made between the parties and which, therefore, the grantees herein assume and agree to pay.

Parcel Number(s): 054-233652-07.000
Prior Instrument Reference: Instrument Number 200006120018685, Licking, OH

TRANSFERRED
Date July 3, 2006
Licking County Auditor KS

SEC.319.202 COMPLIED WITH
J. TERRY EVANS, AUDITOR
BY KS 250.00

Executed this 29th day of June, 2006.

175 MCMILLEN LTD., an Ohio Limited Liability Company

LISA M. CROCK, MANAGING MEMBER

State of OHIO,
County of LICKING, ss:

BE IT REMEMBERED, That on this 29th day of June, 2006, before me, the subscriber, a Notary Public in and for said county and state, personally came 175 MCMILLEN LTD., an Ohio Limited Liability Company*the above named Grantors in the foregoing deed, and acknowledged the signing of the same to be his/her/their voluntary act and deed, for the uses and purposes therein mentioned.     *by Lisa M. Crock, Managing Member

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year last aforesaid.

NOTARY PUBLIC:
My Commission Expires:

This instrument was prepared by:    Steven H.O.Fireman Esq., Attorney-at-Law
    259 W. Schrock Rd
    Westerville, Ohio 43081



0 2 1 2 1 0 0 3 2 1 3 0 8 4 0 0 3 0 0 0